IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  94-cv-01867-ZLW

MEHRDAD NOORI HASSAIN ABADI,

      Plaintiff,

v.

DOUGLAS MAURER, Field Director, United States Customs
& Immigration Enforcement,

      Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: February   15  , 2006

     It is ORDERED that Assistant U.S. Attorney Michael E. Hegarty's Motion To Withdraw As Counsel is granted, and Mr. Hegarty is allowed to withdraw as counsel for Defendant.  The Court notes that Assistant U.S. Attorney Lisa A. Christian continues to represent Defendant.