IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 94-cv-01867-ZLW

MEHRDAD NOORI HOSSAIN ABADI,

Petitioner,

v.

DOUGLAS MAURER, Field Director,
United States Customs & Immigration Enforcement

Respondent,

---
—

ORDER GRANTING MOTION TO FORFEIT BOND MONEY

---
—

For the reasons set forth in Respondent's Motion to Forfeit Bond Money, and good cause appearing, IT IS HEREBY ORDERED that the Motion is granted, and the $10,000 cash bond that was posted in this case is forfeited.

Dated:     4/3/06

ZITA L. WEINSHIENK
United States District Judge